# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

**VHS Acquisition Subsidiary Number 7, Inc., doing business as Saint Vincent Hospital,**

    Appellee,

    v.

**National Labor Relations Board, a Federal Administrative Agency, *et al.*,**

    Appellants.

Case Nos. 25-5006, 25-5021

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Local Rule 28(a)(1) and this Court's Order dated February 6, 2022, the Appellant in case no. 25-5021 (and Appellee in case no. 25-5006), VHS Acquisition Subsidiary Number 7, Inc., doing business as Saint Vincent Hospital, hereby certifies the following:

**1. Parties and Amici**

The Appellant in 25-5021 (Appellee in 25-5006) is as follows:

VHS Acquisition Subsidiary Number 7, Inc., d/b/a Saint Vincent Hospital

The Appellee in 25-5021 (Appellee in 25-5021) is as follows:

National Labor Relations Board, a Federal Administrative Agency

Jennifer Ann Abruzzo, in her official capacity as General Counsel to the NLRB

Laren M. McFerran, in her Official Capacity as Chairman of the NLRB

Gwynne A. Wilcox, in her Official Capacity as Member of the NLRB

Marvin E. Kaplan, in her Official Capacity as Member of the NLRB

Susan Merritt, in her Official Capacity as Administrative Law Judge of NLRB

The Amicus Curiae below, on behalf of the NLRB, was the American Federation of Labor and Congress of Industrial Organizations

On February 18, 2025, the Massachusetts Nurses Association filed a motion for leave to intervene which motion is pending.

**2. Rulings Under Review**

The rulings under review are the District Court's November 17, 2024 Memorandum of Decision dismissing jurisdiction over Saint Vincent's Seventh Amendment and separation of powers claims, denying Saint Vincent's motion for injunctive relief, and granting the NLRB's motion for summary judgment.

The NLRB separately appeals from the District Court's December 10, 2024 Memorandum of Decision granting in part Saint Vincent's motion for summary judgment and denying, in part, the NLRB's cross-motion for summary judgment.

**3. Related cases**

A previous interlocutory appeal had been filed from the District Court's November 22, 2024 Memorandum of Decision, but was voluntarily dismissed. The plaintiff is not aware of any related cases as defined in Circuit Rule 28(a)(1)(C).

Date: March 10, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Jacquelyn L. Thompson*
　　　　　　　　　　　　　　　　　　　　　Jacquelyn L. Thompson
　　　　　　　　　　　　　　　　　　　　　DC Bar No. 988663
　　　　　　　　　　　　　　　　　　　　　jthompson@fordharrison.com
　　　　　　　　　　　　　　　　　　　　　FordHarrison LLP
　　　　　　　　　　　　　　　　　　　　　2000 M Street, NW, Suite 505
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　　(202) 719-2000 / (202) 719-2077 (Fax)

　　　　　　　　　　　　　　　　　　　　　*Attorney for Saint Vincent Hospital*

# **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 10, 2025, the foregoing **CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES** was filed with the United States Court of Appeals for the District of Columbia Circuit, via CM/ECF, and a true and correct copy will be served electronically on all parties.

*/s/ Jacquelyn L. Thompson*
Jacquelyn L. Thompson

WSACTIVELLP:114060463.1